Case No. 22-4012

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Linda P. Smith,**
*Plaintiff-Appellant,*

v.

**Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services,**
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Utah
The Honorable Howard C. Nielson, Jr.
Case No. 21-CV-00047-HCN

## PLAINTIFF-APPELLANT LINDA SMITH'S MOTION TO ADD ATTACHMENT

Phillip Wm. Lear
Lear & Lear PLLC
808 E South Temple Street
Salt Lake City, UT 84102
Telephone: (801) 538-5000
Facsimile: (801) 538-5001
Email: phillip.lear@learlaw.com

James C. Pistorino
Parrish Law Office
788 Washington Rd.
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Email: james@dparrishlaw.com

Counsel for Linda P. Smith,
Plaintiff-Appellant

Dated: September 26, 2022

Pursuant to 10th Cir. Rule 40.2, Plaintiff-Appellant Linda Smith moves for permission to add an attachment (Exhibit A) to her contemporaneously filed petition for rehearing/rehearing *en banc*.

The attachment is a copy of the Secretary's latest denial of Mrs. Smith's claim for CGM coverage. In particular, on May 20, 2022, Mrs. Smith received a 30-day supply of sensors for use with her CGM. As shown in the attachment (a Medicare Summary Notice), Mrs. Smith's claim for coverage was denied on July 29, 2022. While the MSN is dated July 29, 2022, Mrs. Smith reports that she only received an email notice about it on August 10, 2022, which she did not actually review until August 15, 2022.

Given that notice of the MSN was not provided until 2 days before the Panel issued its decision (on August 12, 2022) and Mrs. Smith was not actually aware of it until 3 days after the Panel decision, Mrs. Smith could not have previously brought the latest denial to the attention of the Panel.

Moreover, the sheer existence of the denial contradicts the Panel's assertions regarding mootness, particularly whether Mrs. Smith's claim for relief seeking a declaration that her CGM is "durable medical equipment."

Mrs. Smith's motion should be granted and the attachment added to the Record in this case.

Dated:  September 26, 2022	Respectfully submitted,

/s James C. Pistorino_____
Parrish Law Office
788 Washington Road
Pittsburgh, PA  15228
Telephone:  (412) 561-6250
Email:  james@dparrishlaw.com

/s Phillip Lear_____
Phillip Wm. Lear
Lear & Lear PLLC
808 E South Temple Street
Salt Lake City, UT 84102
Telephone:  (801) 538-5000
Facsimile:       (801) 538-5001
Email:  phillip.lear@learlaw.com
Counsel for Linda P. Smith,
Plaintiff-Appellant

2

# EXHIBIT A



# Medicare Summary Notice
## for Part B (Medical Insurance)

Page 1 of 5

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Services

LINDA P SMITH
3590 LEXINGTON DR
BOUNTIFUL, UT 84010-5804

**THIS IS NOT A BILL**

| Notice for Linda P S | |
|---|---|
| Medicare Number | XU61 |
| Date of This Notice | July 29, 2022 |
| Claims Processed Between | April 30 - July 29, 2022 |

## Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your $233.00 deductible for 2022.

## Be Informed!

Getting a COVID-19 booster shot is important to keep you and those around you safe. It's easy and available at no cost to people with Medicare. Go to Vaccines.gov to find and schedule a booster shot near you.

## Your Claims & Costs This Period

| | |
|---|---|
| Did Medicare Approve All Items and Services? | NO |
| Number of Items or Services Medicare Denied | 1 |

See claims starting on page 3. Look for **NO** in the "Item/Service Approved?" column. See the last page for how to handle a denied claim.

| Total You May Be Billed | $650.14 |
|---|---|

## Suppliers with Claims This Period

May 20 - July 11, 2022
**Minimed Distribution Corp**

---

¿Sabía que puede recibir este aviso y otro tipo de ayuda de Medicare en español? Llame y hable con un agente en español.
如果需要国语帮助，请致电联邦医疗保险，请先说"agent"，然后说"Mandarin"。    1-800-MEDICARE (1-800-633-4227)

22100088774

## Making the Most of Your Medicare

### 🔍 How to Check This Notice

Do you recognize the name of each supplier? Check the dates. Did you make a purchase that day?

Did you get the items/services listed? Do they match those listed on your receipts and bills?

If you already paid the bill, did you pay the right amount? Check the maximum you may be billed. See if the claim was sent to your Medicare supplement insurance (Medigap) plan or other insurer. That plan may pay your share.

### ❗ How to Report Fraud

If you think a supplier or business is involved in fraud, call us at 1-800-MEDICARE (1-800-633-4227).

Some examples of fraud include offers for free medical services or billing you for Medicare services you didn't get. If we determine that your tip led to uncovering fraud, you may qualify for a reward.

Be sure any equipment or services you received were ordered by your doctor.

### 📞 How to Get Help with Your Questions

1-800-MEDICARE (1-800-633-4227)
Ask for "medical supplies." Your customer-service code is 19003.

TTY 1-877-486-2048 (for hearing impaired)

Contact your State Health Insurance Program (SHIP) for free, local health insurance counseling. Call **1-800-541-7735.**

### 📩 Your Messages from Medicare

You can now get your Medicare Summary Notices (MSNs) online! Receive your electronic MSNs (eMSNs) every month by signing up at https://www.medicare.gov/forms-help-resources/go-paper

You have the right to get your Medicare Summary Notices (MSNs) in an accessible format, like Braille, large print, or data/audio files. Call 1-800-MEDICARE (1-800-633-4227; TTY: 1-877-486-2048).

**Detect and protect!** Women 60 years or older are most at risk for ovarian cancer. Ask your doctor today about how to spot symptoms early.

**Your mental health is just as important as your physical health.** Medicare helps pay for mental health services through Parts A and B. If you're struggling and feeling sad or alone, talk with your doctor about what services might be right for you.

22100088774

# Your Claims for Part B (Medical Insurance)

Part B Medical Insurance helps pay for durable medical equipment and other health care services.

## Definitions of Columns

**Item/Service Approved?:** This column tells you if Medicare covered the item or service.

**Amount Supplier Charged:** This is your supplier's fee for this item or service.

**Medicare-Approved Amount:** This is the amount a supplier can be paid for a Medicare item or service. It may be less than the actual amount the supplier charged. Your supplier has agreed to accept this amount as full payment for covered items or services. Medicare usually pays 80% of the Medicare-approved amount.

**Amount Medicare Paid:** This is the amount Medicare paid the supplier. This is usually 80% of the Medicare-approved amount.

**Maximum You May Be Billed:** This is the total amount the supplier is allowed to bill you and can include a deductible, coinsurance, and other charges not covered. If you have Medicare Supplement Insurance (Medigap policy) or other insurance, it may pay all or part of this amount.

### May 20, 2022
**Minimed Distribution Corp, (800)646-4633**
18000 Devonshire St, Northridge, CA 91325-1219
Ordered by Patrice F Hirning

| Quantity, Item/Service Provided & Billing Code | Item/Service Approved? | Amount Supplier Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 1 Supply allowance for adjunctive continuous glucose monitor (cgm), includes all supplies and accessor (A4238-KFKXGA) | NO | $608.30 | $0.00 | $0.00 | $608.30 | A,B,C |
| **Total for Claim #22178846990000** | | $608.30 | $0.00 | $0.00 | $608.30 | |

Continued →

## Notes for Claims Above

**A** The information provided does not support the need for this service or item. Local Coverage Determinations (LCDs) help Medicare decide what is covered. An LCD was used for your claim. You can compare your case to the LCD, and send information from your doctor if you think it could change our decision. Call 1-800-MEDICARE (1-800-633-4227) for a copy of the LCD.

**B** The following policies were used when we made this decision: L33822.

**C** Our records show that you were informed in writing, before receiving the service, that Medicare would not pay. You are liable for this charge. If you do not agree with this statement, you may ask for a review.

22100088774

**July 11, 2022**
**Minimed Distribution Corp, (800)646-4633**
18000 Devonshire St, Northridge, CA 91325-1219
Ordered by Patrice F Hirning

| Quantity, Item/Service Provided & Billing Code | Item/Service Approved? | Amount Supplier Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 1 Supply allowance for adjunctive continuous glucose monitor (cgm), includes all supplies and accessor (A4238-KFKXCG) | Yes | $679.32 | $209.22 | $164.03 | **$41.84** | |
| **Total for Claim #22195827033000** | | $679.32 | $209.22 | $164.03 | **$41.84** | D,E |

**Notes for Claims Above**

**D**  We have sent your claim to MUTUAL OF OMAHA INSURANCE COMP. Send any questions regarding your benefits to them.

**E**  After your deductible and coinsurance were applied, the amount Medicare paid was reduced due to Federal, State and local rules.

22100088774

# How to Handle Denied Claims or File an Appeal

## Get More Details

If a claim was denied, call or write the supplier and ask for an itemized statement for any claim. Make sure they sent in the right information. If they didn't, ask the supplier to contact our claims office to correct the error. You can ask the supplier for an itemized statement for any item or claim.

Call 1-800-MEDICARE (1-800-633-4227) for more information about a coverage or payment decision on this notice, including laws or policies used to make the decision.

## If You Disagree with a Coverage Decision, Payment Decision, or Payment Amount on this Notice, You Can Appeal

Appeals must be filed in writing. Use the form to the right. Our claims office must receive your appeal within 120 days from the date you get this notice.

We must receive your appeal by:

| December 1, 2022 |

## If You Need Help Filing Your Appeal

**Contact us:** Call 1-800-MEDICARE or your State Health Insurance Program (see page 2) for help before you file your written appeal, including help appointing a representative.

**Call your supplier:** Ask your supplier for any information that may help you.

**Ask a friend to help:** You can appoint someone, such as a family member or friend, to be your representative in the appeals process.

## Find Out More About Appeals

For more information about appeals, read your "Medicare & You" handbook or visit us online at www.medicare.gov/appeals.

## File an Appeal in Writing

Follow these steps:

1. Circle the item(s) or claim(s) you disagree with on this notice.

2. Explain in writing why you disagree with the decision. Include your explanation on this notice or, if you need more space, attach a separate page to this notice.

3. Fill in all of the following:

    Your or your representative's full name (print)

    [                                    ]

    Your or your representative's signature

    [                                    ]

    Your telephone number

    [   |   |   |   |   |   |   |   |   |   ]

    Your complete Medicare number

    [                                    ]

4. Include any other information you have about your appeal. You can ask your supplier for any information that will help you.

5. Write your Medicare number on all documents that you send.

6. Make copies of this notice and all supporting documents for your records.

7. Mail this notice and all supporting documents to the following address:

   **Medicare Claims Office**
   **c/o Noridian Healthcare Solutions, LLC**
   **Attn: Appeals Dept**
   **P. O. Box 6727**
   **Fargo, ND 58108-6727**

22100088774